

IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

August 4, 2011

NO. 33,095

LINDA GARDNER, ELIZABETH GARDNER RADACK.
LAURA L. GARDNER and KATHERINE GARDNER,

    Plaintiffs,

v.

PILATUS AIRCRAFT, LTD., PILATUS BUSINESS AIRCRAFT, LTD.,
AVIATION SALES, INC., SIMCOM, INC., SIMCOM INTERNATIONAL,
INC., and HONEYWELL INTERNATIONAL, INC.,

    Defendants.

## ORDER

WHEREAS, this matter came on for consideration by the Court upon certification request from the United States District Court for the District of New Mexico pursuant to Rule 12-607 NMRA, and the Court having considered said certification request and being sufficiently advised, Chief Justice Charles W. Daniels, Justice Patricio M. Serna, Justice Petra Jimenez Maes, and Justice Richard C. Bosson concurring, Justice Edward L. Chávez recusing;

NOW, THEREFORE, IT IS ORDERED that the certification request is ACCEPTED;

IT IS FURTHER ORDERED that the cause is assigned to the **GENERAL**

1

CALENDAR;

IT IS FURTHER ORDERED that the U.S. District Court for the District of New Mexico shall file in this Court the record proper in cause numbered CV-10-820;

IT IS FURTHER ORDERED that the parties shall designate the transcripts of proceedings pursuant to Rules 12-210(B)(1) and 12-211 NMRA;

IT IS FURTHER ORDERED that, pursuant to Rule 12-607(E) NMRA, plaintiffs shall file the brief in chief addressing the question(s) certified, and such brief shall be timely if filed on or before **September 7, 2011**, with defendants' answer brief due thirty (30) days after the filing of the brief in chief, and plaintiffs' reply brief, if any, due fifteen (15) days after filing of the answer brief.

IT IS FURTHER ORDERED that the briefs shall comply with the requirements set for in Rule 12-213 NMRA; and

IT IS FURTHER ORDERED that oral argument may be requested pursuant to Rule 12-214 NMRA.

IT IS SO ORDERED.

WITNESS, Honorable Charles W. Daniels, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 4th day of August, 2011.

(SEAL)

Kathleen Jo Gibson, Chief Clerk of the Supreme Court of the State of New Mexico

2