IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

September 9, 2011

NO. 33,095

LINDA GARDNER, ELIZABETH GARDNER RADACK.
LAURA L. GARDNER and KATHERINE GARDNER,

    Plaintiffs,

v.

PILATUS AIRCRAFT, LTD., PILATUS BUSINESS AIRCRAFT, LTD., AVIATION SALES, INC., SIMCOM, INC., SIMCOM INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC.,

    Defendants.

## ORDER OF DISMISSAL

WHEREAS, this matter came on for consideration by the Court upon agreed motion to dismiss on grounds of mootness, and the Court having considered said motion and being sufficiently advised, Chief Justice Charles W. Daniels, Justice Patricio M. Serna, Justice Petra Jimenez Maes, Justice Richard C. Bosson, and Justice Edward L. Chávez concurring;

NOW, THEREFORE, IT IS ORDERED that the motion is GRANTED and appeal is DISMISSED with prejudice.

IT IS SO ORDERED.

WITNESS, Honorable Charles W. Daniels, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 9th day of September, 2011.

(SEAL)

Kathleen Jo Gibson, Chief Clerk of the Supreme Court of the State of New Mexico